## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **RICHARD DANIEL ARNOLD, JR.** and **TREY WATLEY, on behalf of themselves and all those similarly situated,**<br><br>    Plaintiffs**,**<br><br>vs.<br><br>**TAKATA CORPORATION, TK HOLDINGS, INC., HIGHLAND INDUSTRIES, INC., HONDA MOTOR CO., LTD.;** and **AMERICAN HONDA MOTOR CO., INC.,**<br><br>    Defendants. | **CASE NO.: 1:14-CV-03556-TWT** |

## JOINT MOTION BY PLAINTIFFS AND DEFENDANTS TK HOLDINGS, INC. AND HIGHLAND INDUSTRIES, INC. TO STAY PROCEEDINGS PENDING A RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Plaintiffs Richard Daniel Arnold, Jr. and Trey Watley ("Plaintiffs") and

Defendants TK Holdings, Inc. and Highland Industries, Inc. (individually and

collectively, "Takata" or the "Takata Defendants") hereby respectfully submit this

Motion to Stay Proceedings, including the time to answer, plead or otherwise

respond to Plaintiffs' Amended Class Action Complaint, the deadline to file the

Joint Preliminary Report and Discovery Plan, and the deadline for the service of

Initial Disclosures, pending a ruling on the Motion for Transfer now before the

Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 14 U.S.C. § 1407.

The Complaint in this case was filed on November 4, 2014.  The Amended

Complaint was filed November 10, 2014 and served on Highland Industries, Inc.

November 14, 2014 and on TK Holdings, Inc. November 18, 2014.  The response

of the Takata Defendants to the Amended Complaint is currently due on December

9, 2014.  Defendant Takata Corporation, a Japanese Company, and Defendant

Honda Motor Co., Ltd., also a Japanese Company, have not yet been served.

Defendant American Honda Motor Company, Inc., which has been served but has

not yet retained Georgia counsel, has informed Takata that it does not oppose the

requested stay.

This case is one of dozens of related economic loss class actions that have

been filed in federal courts across the country.  Prior to the filing of this Complaint,

plaintiffs in a related action filed with the Judicial Panel on Multidistrict Litigation

("JPML") a Petition In Support Of Transfer To And Consolidation Or

Coordination Of Related Actions ("MDL Petition").  (MDL No. 2599, Dkt. #1).

On November 17, 2014, Plaintiffs in this action filed a Notice of Related Action in

the JPML.  (MDL No. 2599, Dkt. #28).

The parties anticipate that the JPML will consider the MDL Petition at the JPML hearing scheduled for January 29, 2015.  The parties reasonably expect that the JPML will decide to transfer and consolidate all related cases.  Given this expectation, and keeping in mind that the transferee court will be empowered to create a comprehensive and coordinated case management plan for all related cases, Plaintiffs and the Takata Defendants have agreed to stay these proceedings pending a determination by the JPML.  A stay would not prejudice the remaining Defendants who have not yet been served.

Staying all proceedings in this action will conserve judicial and party resources and avoid the possibility of inconsistent pretrial rulings without prejudicing any party.  *See Dishman v. Atlas Roofing Corp.*, No. 1:13-CV-02195-TWT, Dkt. #20 (Order) (N.D. Ga. Sept. 30, 2013) (granting joint motion to stay pending JPML transfer decision); *Equal Employment Opportunity Comm'n. v. Sears, Roebuck & Co.*, No. 79-1957A, 1980 WL 18554 (N.D. Ga. Jan. 7, 1980) (same); *Harris v. Biomet, Inc.*, No. 8:13-CV-2823-T-26EAJ, 2013 WL 7017684, at *1 (M.D. Fla. Nov. 19, 2013) (granting stay pending decision on MDL transfer "in an effort to preserve client and judicial resources and to promote consistency and economy").  A proposed Order is attached for the Court's convenience.

Respectfully submitted this 26th day of November, 2014.

s/R. Timothy Morrison
Michael L. McGlamry
Ga. Bar No. 492515
R. Timothy Morrison
Ga. Bar No. 525130
Jay F. Hirsch
Ga. Bar No. 357185
Kimberly J. Johnson
Ga. Bar No. 687678
Caroline G. McGlamry
Ga. Bar No. 230832
**POPE, MCGLAMRY, KILPATRICK,
MORRISON & NORWOOD, P.C.**
3391 Peachtree Road, N.E., Suite 300
Atlanta, GA 30326
Telephone: (404) 523-7706
Facsimile: (404) 524-1648
efile@pmkm.com

Thomas P. Willingham
Ga. Bar No. 235049
**LAW OFFICES OF THOMAS
P. WILLINGHAM, P.C.**
3800 Colonnade Parkway
Suite 330
Birmingham, AL 35243
Telephone:  (205) 298-1011
Facsimile:  (205) 298-1012
tom@tpwpc.com

*Attorneys for Plaintiffs
and the Proposed Class*

s/S. Gardner Culpepper
Robert B. Remar
Ga. Bar No. 600575
S. Gardner Culpepper, III
Ga. Bar No. 201210
**ROGERS & HARDIN LLP**
2700 International Tower
229 Peachtree Street NE
Atlanta, GA 30303
Telephone: 404.420.4623
Facsimile: 404.230.0933
GCulpepper@rh-law.com

Nathan E. Hoffman
**DECHERT LLP**
(*pro hac vice* application
forthcoming)
77 West Wacker Dr., Suite 3200
Chicago, IL  60601
Telephone:  (312) 646-5827
Facsimile:  (312) 646-5887
nathan.hoffman@dechert.com

*Attorneys for TK Holdings, Inc. and
Highland Industries, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **RICHARD DANIEL ARNOLD, JR.** and **TREY WATLEY, on behalf of themselves and all those similarly situated,**<br><br>Plaintiff**,**<br>vs.<br><br>**TAKATA CORPORATION, TK HOLDINGS, INC., HIGHLAND INDUSTRIES, INC., HONDA MOTOR CO., LTD.;** and **AMERICAN HONDA MOTOR CO., INC.,**<br><br>Defendants | **CASE NO.:**<br>**1:14-CV-03556-TWT** |

## [PROPOSED] ORDER ON JOINT MOTION TO STAY

Upon Plaintiffs and Defendants TK Holdings, Inc. and Highland Industries, Inc.'s Joint Motion to Stay Proceedings ("Joint Motion") and for good cause shown, the Court grants the Joint Motion.  WHEREFORE, all proceedings are stayed in this matter until the Judicial Panel on Multidistrict Litigation issues its decision on the pending Motion to Transfer pursuant to 14 U.S.C. § 1407.

SO ORDERED, this ___ day of _____, 2014.


_____
HONORABLE THOMAS W. THRASH
Judge, United States District Court,
Northern District of Georgia

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 26, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.


s/S. Gardner Culpepper