UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RICHARD DANIEL ARNOLD, JR. and TREY WATLEY, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TAKATA CORPORATION, TK HOLDINGS, INC., HIGHLAND INDUSTRIES, INC., HONDA MOTOR CO., LTD.; and AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendants. | CASE NO.:<br>1:14-CV-03556-TWT |

**DEFENDANTS TK HOLDINGS, INC. AND
HIGHLAND INDUSTRIES, INC. CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendants TK Holdings, Inc. and Highland Industries, Inc., through their undersigned counsel, certify as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action,

including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Richard Daniel Arnold, Jr.

Trey Watley

TK Holdings, Inc.

Highland Industries, Inc.

Takata Corporation

Honda Motor Company, Ltd.

American Honda Motor Company, Inc.

TK Holdings, Inc. and Highland Industries, Inc. are wholly owned subsidiaries of Takata Corporation. No publicly held corporation owns 10% or more of their stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete

list of all persons serving as attorneys for the parties in this proceeding:

S. Gardner Culpepper, Rogers & Hardin LLP

Robert B. Remar, Rogers & Hardin LLP

Nathan Hoffman, Dechert LLP (subject to *pro hac vice* admission)

Michelle H. Yeary, Dechert LLP (subject to *pro hac vice* admission)

David Bernick, Dechert LLP (subject to *pro hac vice* admission)

Michael L. McGlamry, Pope McGlamry Kilpatrick Morrison & Norwood, P.C.

Caroline Gray McGlamry, Pope McGlamry Kilpatrick Morrison & Norwood, P.C.

Jay Forbes Hirsch, Pope McGlamry Kilpatrick Morrison & Norwood, P.C.

Kimberly J. Johnson, Pope McGlamry Kilpatrick Morrison & Norwood, P.C.

R. Timothy Morrison, Pope McGlamry Kilpatrick Morrison & Norwood, P.C.

Thomas P. Willingham, Law Offices of Thomas P. Willingham, P.C.

Respectfully submitted this 26th day of November, 2014.

          s/S. Gardner Culpepper
Robert B. Remar
Ga. Bar No. 600575
S. Gardner Culpepper, III
Ga. Bar No. 201210
**ROGERS & HARDIN LLP**
2700 International Tower
229 Peachtree Street NE
Atlanta, GA 30303
Telephone: 404.420.4623
Facsimile: 404.230.0933
GCulpepper@rh-law.com

Nathan E. Hoffman
**DECHERT LLP**
*(pro hac vice* application forthcoming*)*
77 West Wacker Dr., Suite 3200
Chicago, IL  60601
Telephone:  (312) 646-5827
Facsimile:  (312) 646-5887
nathan.hoffman@dechert.com

*Attorneys for TK Holdings, Inc. and Highland Industries, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 26, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

    s/S. Gardner Culpepper