**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| RICHARD DANIEL ARNOLD, JR., and TREY WATLEY, on behalf of themselves and all those similarly situated, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:14-CV-03556-ELR |
| TAKATA CORPORATION; TK HOLDINGS; INC.; HIGHLAND INDUSTRIES, INC.; HONDA MOTOR CO., LTD.; and AMERICAN HONDA MOTOR CO., INC., | * * * * * | |
| Defendants. | * | |

_____

**O R D E R**
_____

In the matter before the Court, Plaintiffs and Defendants TK Holdings, Inc. and Highland Industries, Inc. submitted a Joint Motion to Stay Proceedings ("Joint Motion"). For good cause shown, the Court hereby grants the Joint Motion. WHEREFORE, all proceedings are stayed in this matter until the Judicial Panel on Multidistrict Litigation ("JPML") issues its decision on the pending Motion to Transfer this and other similar cases pursuant to 14 U.S.C. § 1407. The time to answer, plead or otherwise respond to Plaintiffs' Amended Complaint, the deadline to file the Joint Preliminary Report and Discovery Plan, and the deadline for the parties to serve their respective

Initial Disclosures are hereby extended to the 14th day after the JPML issues its decision regarding consolidation and transfer.

SO ORDERED, this 2nd day of December, 2014.

/s/ Eleanor L. Ross
Eleanor L. Ross
United States District Judge
Northern District of Georgia